NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2021 CA 0458

LOUISIANA BOARD OF ETHICS IN THE MATTER OF MICHELLE BARNETT

*DATE OF JUDGMENT:*     APR 1 3 2022

ON APPEAL FROM THE LOUISIANA BOARD OF ETHICS
NUMBER 2015-0662, PANEL B
STATE OF LOUISIANA

ETHICS ADJUDICATORY BOARD – PANEL B
WILLIAM COOPER, III, GREGORY McDONALD,
AND ESTHER A. REDMANN

* * * * * *

Kathleen M. Allen
Tracy M. Barker
LaToya D. Jordan
Baton Rouge, Louisiana

David A. Lowe
Baton Rouge, Louisiana

Counsel for Appellee
Louisiana Board of Ethics

Counsel for Appellant
Michelle Barnett

* * * * * *

BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.

Disposition: AFFIRMED.

**CHUTZ, J.**

Respondent-appellant, Michelle Barnett, appeals the order of the Louisiana Ethics Adjudicatory Board (EAB), denying her motion for summary judgment, which sought dismissal of the charges levied against her by the Louisiana Board of Ethics (BOE) based on allegations of violations of the Louisiana Code of Governmental Ethics. See La. R.S. 42:1101 et seq. Because the EAB's order is clearly controlled by case law precedent and statutes; the issues involve no more than an application of well-settled rules to recurring fact situations; the EAB opinion and conclusions of law adequately explain the order; and no error of law appears on the record, we affirm in accordance with La. Uniform Courts of Appeal Rule 2-16.2.A(2),(4),(5), & (6). See La. C.C.P. art. 966. See also *Louisiana Bd. of Ethics Matter of Villere*, 2015-1939 (La. App. 1st Cir. 12/22/16), 208 So.3d 940, 949, writ denied, 2017-00128 (La. 3/13/17), 216 So.3d 807 (the proper inquiry in a motion for summary judgment is whether the evidence in existence at the time of the filing of formal charges, viewed in the aggregate, establishes that the BOE fully investigated the allegations and uncovered a factual basis sufficient to substantiate a probable violation of the Code of Governmental Ethics, notwithstanding that the presumption may later be proven to be untrue). Accordingly, the EAB's order, denying respondent's motion for summary judgment, is affirmed. Appeal costs are assessed against respondent-appellant, Michelle Barnett.

**AFFIRMED.**